Annie S. Wang (SBN 243027)
*annie@wangalc.com*
J. Andrew Coombs, Of Counsel (SBN 123881)
*andy@wangalc.com*
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Carroll Carter a/k/a Caroll Carter
a/k/a Carroll John Carter
4102 SW Rushmore Street
Port Saint Lucie, Florida 34953

Defendant, *in pro se*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Carroll Carter a/k/a Caroll Carter a/k/a Carroll John Carter and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV19-00212 FMO (ASx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Carroll Carter a/k/a Caroll Carter a/k/a Carroll John Carter ("Defendant") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' Stipulation and only as to Defendant, his

successors, heirs, and assignees, this Consent Decree and Permanent Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff, or one of its affiliates, own or control the copyrights or pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television episodes subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Consent Decree and Permanent Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging,

abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized versions of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Plaintiff is entitled to, and shall recover from Defendant, the maximum sum of One Hundred Fifty Thousand Dollars ($150,000.00), pursuant to the terms of the parties' Release and Settlement Agreement dated and effective March 15, 2019.

6)    Each side shall bear its own fees and costs of suit.

7)    Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

8)    This Consent Decree and Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)    The Court finds there is no just reason for delay in entering this Consent Decree and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree and Permanent Injunction against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

10) The Court shall retain jurisdiction over Defendant and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree and Permanent Injunction.

DATED: May 2, 2019

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

PRESENTED BY:

Wang Law Corporation


By: _____
    Annie S. Wang
    J. Andrew Coombs, Of Counsel
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.



Carroll Carter a/k/a Caroll Carter a/k/a Carroll John Carter


By: _____
    Carroll Carter a/k/a Caroll Carter
    a/k/a Carroll John Carter
Defendant, *in pro se*

# EXHIBIT "A"

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA 1-795-517 | THE BIG BANG THEORY: Pilot |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials |

| | |
|---|---|
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis |

| | | |
|---|---|---|
| 1 | PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination |
| 2 | PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization |
| 3 | PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement |
| 4 | PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst |
| 5 | PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor |
| 6 | PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation |
| 7 | PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation |
| 8 | PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation |
| 9 | PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion |
| 10 | PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination |
| 11 | PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection |
| 12 | PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation |
| 13 | PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction |
| 14 | PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification |
| 15 | PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis |
| 16 | PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis |
| 17 | PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation |
| 18 | PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst |
| 19 | PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction |
| 20 | PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation |
| 21 | PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation |
| 22 | PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation |
| 23 | PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion |
| 24 | PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition |
| 25 | PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence |
| 26 | PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver |
| 27 | PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis |
| 28 | PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation |
| | PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction |
| | PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution |
| | PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration |
| | PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation |
| | PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex |
| | PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction |
| | PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation |
| | PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence |
| | PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration |
| | PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection |

| | | |
|---|---|---|
| 1 | PA 1-856-981 | THE BIG BANG THEORY (Series) THE DATE NIGHT VARIABLE. |
| 2 | PA 1-856-918 | THE BIG BANG THEORY (Series) THE DECOUPLING FLUCTUATION. |
| 3 | PA 1-856-992 | THE BIG BANG THEORY (Series) THE HIGGS BOSON OBSERVATION. |
| 4 | PA 1-856-994 | THE BIG BANG THEORY (Series) THE RE-ENTRY MINIMIZATION. |
| 5 | PA 1-856-927 | THE BIG BANG THEORY (Series) THE HOLOGRAPHIC EXCITATION. |
| 6 | PA 1-869-710 | THE BIG BANG THEORY : 3X7606, THE EXTRACT OBLITERATION. |
| 7 | PA 1-856-915 | THE BIG BANG THEORY (Series) THE HABITATION CONFIGURATION. |
| 8 | PA 1-856-934 | THE BIG BANG THEORY (Series) THE 43 PECULIARITY. |
| 9 | PA 1-856-935 | THE BIG BANG THEORY (Series) THE PARKING SPOT ESCALATION. |
| 10 | PA 1-856-937 | THE BIG BANG THEORY (Series) THE FISH GUTS DISPLACEMENT. |
| 11 | PA 1-856-931 | THE BIG BANG THEORY (Series) THE SANTA SIMULATION. |
| 12 | PA 1-856-906 | THE BIG BANG THEORY (Series) THE EGG SALAD EQUIVALENCY. |
| 13 | PA 1-856-928 | THE BIG BANG THEORY (Series) THE BAKERSFIELD EXPEDITION. |
| 14 | PA 1-856-988 | THE BIG BANG THEORY (Series) THE COOPER/KRIPKE INVERSION. |
| 15 | PA 1-856-925 | THE BIG BANG THEORY (Series) THE SPOILER ALERT SEGMENTATION. |
| 16 | PA 1-856-938 | THE BIG BANG THEORY (Series) THE TANGIBLE AFFECTION PROOF. |
| 17 | PA 1-856-923 | THE BIG BANG THEORY (Series) THE MONSTER ISOLATION. |
| 18 | PA 1-856-919 | THE BIG BANG THEORY (Series) THE CONTRACTUAL OBLIGATION IMPLEMENTATION. |
| 19 | PA 1-856-985 | THE BIG BANG THEORY (Series) THE CLOSET RECONFIGURATION. |
| 20 | PA 1-856-940 | THE BIG BANG THEORY (Series) THE TENURE TURBULENCE. |
| 21 | PA 1-856-924 | THE BIG BANG THEORY (Series) THE CLOSURE ALTERNATIVE. |
| 22 | PA 1-856-990 | THE BIG BANG THEORY (Series) THE PROTON RESURGENCE. |
| 23 | PA 1-856-933 | THE BIG BANG THEORY (Series) THE LOVE SPELL POTENTIAL. |
| 24 | PA 1-856-917 | THE BIG BANG THEORY (Series) THE BON VOYAGE REACTION. |
| 25 | PA 1-875-709 | THE BIG BANG THEORY: THE HOFSTADTER INSUFFICIENCY |
| 26 | PA 1-892-010 | THE BIG BANG THEORY: THE DECEPTION VERIFICATION |
| 27 | PA 1-875-704 | THE BIG BANG THEORY: THE SCAVENGER VORTEX |
| 28 | PA 1-875-713 | THE BIG BANG THEORY: THE RAIDERS MINIMIZATION |

| | | |
|---|---|---|
| 1 | PA 1-873-838 | THE BIG BANG THEORY: THE WORKPLACE PROXIMITY |
| 2 | PA 1-872-943 | THE BIG BANG THEORY: THE ROMANCE RESONANCE |
| 3 | PA 1-870-212 | THE BIG BANG THEORY: THE PROTON DISPLACEMENT |
| 4 | PA 1-870-213 | THE BIG BANG THEORY: THE ITCHY BRAIN SIMULATION |
| 5 | PA 1-886-516 | THE BIG BANG THEORY: THE THANKSGIVING DECOUPLING |
| 6 | PA 1-886-559 | THE BIG BANG THEORY: THE DISCOVERY DISSIPATION |
| 7 | PA 1-886-567 | THE BIG BANG THEORY: THE COOPER EXTRACTION |
| 8 | PA 1-892-009 | THE BIG BANG THEORY: THE HESITATION RAMIFICATION |
| 9 | PA 1-892-008 | THE BIG BANG THEORY: THE OCCUPATION RECALIBRATION |
| 10 | PA 1-892-923 | THE BIG BANG THEORY: THE CONVENTION CONUNDRUM |
| 11 | PA 1-926-780 | THE BIG BANG THEORY: THE LOCOMOTION INTERRUPTION |
| 12 | PA 1-898-991 | THE BIG BANG THEORY: THE TABLE POLARIZATION |
| 13 | PA 1-897-037 | THE BIG BANG THEORY: THE FRIENDSHIP TURBULENCE. |
| 14 | PA 1-899-473 | THE BIG BANG THEORY: THE MOMMY OBSERVATION |
| 15 | PA 1-909-256 | BIG BANG THEORY: THE INDECISION AMALGAMATION |
| 16 | PA 1-909-250 | THE BIG BANG THEORY:  THE RELATIONSHIP DIREMPTION |
| 17 | PA 1-904-811 | THE BIG BANG THEORY: THE ANYTHING CAN HAPPEN RECURRENCE |
| 18 | PA 1-904-814 | THE BIG BANG THEORY: THE PROTON TRANSMOGRIFICATION |
| 19 | PA 1-908-404 | THE BIG BANG THEORY: THE GORILLA DISSOLUTION |
| 20 | PA 1-908-407 | THE BIG BANG THEORY: THE STATUS QUO COMBUSTION |
| 21 | PA 1-926-780 | Big Bang Theory: The Locomotion Interruption |
| 22 | PA 1-928-680 | Big Bang Theory: The Junior Professor Solution |
| 23 | PA 1-929-213 | Big Bang Theory: The First Pitch Insufficiency |
| 24 | PA 1-941-975 | Big Bang Theory: The Hook-up Reverberation |
| 25 | PA 1-941-176 | Big Bang Theory: The Focus Attenuation |
| 26 | PA 1-933-449 | Big Bang Theory: The Expedition Approximation |
| 27 | PA 1-933-447 | Big Bang Theory: The Misinterpretation Agitation |
| 28 | PA 1-934-630 | Big Bang Theory: The Prom Equivalency |
| 29 | PA 1-934-629 | Big Bang Theory: The Septum Deviation |
| 30 | PA 1-938-377 | Big Bang Theory: The Champagne Reflection |
| 31 | PA 1-940-026 | Big Bang Theory: The Clean Room Infiltration |
| 32 | PA 1-947-625 | Big Bang Theory: The Space Probe Disintegration |
| 33 | PA 1-947-628 | Big Bang Theory: The Anxiety Optimization |
| 34 | PA 1-947-626 | Big Bang Theory: The Troll Manifestation |
| 35 | PA 1-955-350 | Big Bang Theory: The Comic Book Store Regeneration |

| | | |
|---|---|---|
| 1 | PA 1-952-190 | THE BIG BANG THEORY : 4X6766, THE INTIMACY ACCELERATION. |
| 2 | PA 1-960-104 | Big Bang Theory: The Colonization Application |
| 3 | PA 1-955-346 | Big Bang Theory: The Leftover Thermalization |
| 4 | PA 1-955-347 | Big Bang Theory: The Skywalker Incursion |
| | PA 1-955-349 | Big Bang Theory: The Fortification Implementation |
| 5 | PA 1-955-348 | Big Bang Theory: The Communication Deterioration |
| 6 | PA 1-958-328 | Big Bang Theory: The Graduation Transmission |
| | PA 1-958-327 | Big Bang Theory: The Maternal Combustion |
| 7 | PA 1-958-329 | Big Bang Theory: The Commitment Determination |
| 8 | PA 1-973-581 | THE BIG BANG THEORY (Series) THE MATRIMONIAL MOMENTUM. |
| 9 | PA 1-973-582 | THE BIG BANG THEORY (Series) THE SEPARATION OSCILLATION. |
| 10 | PA 1-968-753 | THE BIG BANG THEORY : 4X7203, THE BACHELOR PARTY CORROSION. |
| 11 | PA 1-969-767 | THE BIG BANG THEORY (Series) THE 2003 APPROXIMATION. |
| 12 | PA 1-969-770 | THE BIG BANG THEORY (Series) THE PERSPIRATION IMPLEMENTATION. |
| 13 | PA 1-972-024 | THE BIG BANG THEORY (Series) THE HELIUM INSUFFICIENCY. |
| 14 | PA 1-972-030 | THE BIG BANG THEORY (Series) THE SPOCK RESONANCE. |
| 15 | PA 1-972-027 | THE BIG BANG THEORY (Series) THE MYSTERY DATE OBSERVATION. |
| 16 | PA 1-972-025 | THE BIG BANG THEORY (Series) THE PLATONIC PERMUTATION. |
| 17 | PA 1-973-743 | THE BIG BANG THEORY (Series) THE EARWORM REVERBERATION. |
| 18 | PA 1-974-420 | THE BIG BANG THEORY : 4X7211, THE OPENING NIGHT EXCITATION. |
| 19 | PA 1-974-421 | THE BIG BANG THEORY : 4X7212, THE SALES CALL SUBLIMATION. |
| 20 | PA 1-974-422 | THE BIG BANG THEORY : 4X7213, THE EMPATHY OPTIMIZATION. |
| 21 | PA 1-978-092 | THE BIG BANG THEORY : 4X7214, THE MEEMAW MATERIALIZATION. |
| 22 | PA 1-978-077 | THE BIG BANG THEORY : 4X7215, THE VALENTINO SUBMERGENCE. |
| 23 | PA 1-978-694 | THE BIG BANG THEORY : 4X7216, THE POSITIVE NEGATIVE REACTION. |
| 24 | PA 1-978-695 | THE BIG BANG THEORY : 4X7217, THE CELEBRATION EXPERIMENTATION. |
| 25 | PA 1-984-108 | THE BIG BANG THEORY : 4X7218, THE APPLICATION DETERIORATION. |
| 26 | PA 1-986-007 | THE BIG BANG THEORY : 4X7219, THE SOLDIER EXCURSION DIVERSION. |
| 27 | PA 1-986-009 | THE BIG BANG THEORY : 4X7220, THE BIG BEAR PRECIPITATION. |
| 28 | | |

| PA 1-988-204 | THE BIG BANG THEORY : 4X7221, THE VIEWING PARTY COMBUSTION. |
|---|---|
| PA 1-988-203 | THE BIG BANG THEORY : 4X7222, THE FERMENTATION BIFURCATION. |
| PA 1-989-180 | THE BIG BANG THEORY : 4X7223, THE LINE SUBSTITUTION SOLUTION. |
| PA 1-990-918 | THE BIG BANG THEORY : 4X7224, THE CONVERGENCE CONVERGENCE. |
| PA 2-006-296 | THE BIG BANG THEORY (Series) THE CONJUGAL CONJECTURE. |
| PA 2-009-137 | THE BIG BANG THEORY : 1004, THE MILITARY MINIATURIZATION. |
| PA 2-011-095 | THE BIG BANG THEORY (Series) THE DEPENDENCE TRANSCENDENCE. |
| PA 1-801-403 | THE BIG BANG THEORY : 3X6666, THE COHABITATION FORMULATION. |
| PA 2-011-420 | THE BIG BANG THEORY (Series) THE HOT TUB CONTAMINATION. |
| PA 2-011-422 | THE BIG BANG THEORY (Series) THE FETAL KICK CATALYST. |
| PA 2-011-418 | THE BIG BANG THEORY (Series) THE VERACITY ELASTICITY. |
| PA 2-013-377 | THE BIG BANG THEORY (Series) THE BRAIN BOWL INCUBATION. |
| PA 2-013-379 | THE BIG BANG THEORY (Series) THE GEOLOGY ELEVATION. |
| PA 2-014-111 | THE BIG BANG THEORY (Series) THE PROPERTY DIVISION COLLISION. |
| PA 2-018-545 | THE BIG BANG THEORY (Series) THE BIRTHDAY SYNCHRONICITY. |
| PA 2-018-547 | THE BIG BANG THEORY (Series) THE HOLIDAY SUMMATION. |
| PA 2-020-330 | THE BIG BANG THEORY (Series) THE ROMANCE RECALIBRATION. |
| PA 2-035-865 | THE BIG BANG THEORY (Series) THE EMOTION DETECTION AUTOMATION. |
| PA 2-035-864 | THE BIG BANG THEORY (Series) THE LOCOMOTION REVERBERATION. |
| PA 2-035-861 | THE BIG BANG THEORY (Series) THE ALLOWANCE EVAPORATION. |
| PA 2-025-277 | THE BIG BANG THEORY (Series) THE COMIC-CON CONUNDRUM. |
| PA 2-025-441 | THE BIG BANG THEORY (Series) THE ESCAPE HATCH IDENTIFICATION. |
| PA 2-029-377 | THE BIG BANG THEORY (Series) THE COLLABORATION FLUCTUATION. |
| PA 2-029-865 | THE BIG BANG THEORY (Series) THE RECOLLECTION DISSIPATION. |
| PA 2-031-334 | THE BIG BANG THEORY (Series) THE SEPARATION AGITATION. |
| PA 2-032-562 | THE BIG BANG THEORY (Series) THE COGNITION REGENERATION. |
| PA 2-033-673 | THE BIG BANG THEORY (Series) THE GYROSCOPIC COLLAPSE. |

| PA 2-034-676 | THE BIG BANG THEORY (Series) THE LONG DISTANCE DISSONANCE. |
|---|---|
| PA0001869124 | LONGMIRE : 2M5851, PILOT. |
| PA0001869090 | LONGMIRE : 2M5853, THE DARK ROAD. |
| PA0001869126 | LONGMIRE : 2M5852, A DAMN SHAME. |
| PA0001869092 | LONGMIRE : 2M5854, THE CANCER. |
| PA0001869123 | LONGMIRE : 2M5855, DOG SOLDIER. |
| PA0001869211 | LONGMIRE : 2M5856, THE WORST KIND OF HUNTER. |
| PA0001869215 | LONGMIRE : 2M5857, 8 SECONDS. |
| PA0001870145 | LONGMIRE : 2M5858, AN INCREDIBLY BEAUTIFUL THING. |
| PA0001869209 | LONGMIRE : 2M5859, DOGS, HORSES AND INDIANS. |
| PA0001869125 | LONGMIRE : 2M5860, UNFINISHED BUSINESS. |
| PA0001871219 | LONGMIRE : 2M6201, UNQUIET MIND. |
| PA0001871243 | LONGMIRE : 2M6202, CARCASSES. |
| PA0001871220 | LONGMIRE : 2M6203, DEATH CAME IN LIKE THUNDER. |
| PA0001871242 | LONGMIRE : 2M6204, THE ROAD TO HELL. |
| PA0001871239 | LONGMIRE : 2M6205, PARTY'S OVER. |
| PA0001871212 | LONGMIRE : 2M6206, TELL IT SLANT. |
| PA0001871213 | LONGMIRE : 2M6207, SOUND AND FURY. |
| PA0001871245 | LONGMIRE : 2M6208, THE GREAT SPIRIT. |
| PA0001871217 | LONGMIRE : 2M6206, TUSCAN RED. |
| PA0001871241 | LONGMIRE : 2M6210, ELECTION DAY. |
| PA0001871244 | LONGMIRE : 2M6211, NATURAL ORDER. |
| PA0001871211 | LONGMIRE : 2M6212, A GOOD DEATH IS HARD TO FIND. |
| PA0001871246 | LONGMIRE : 2M6213, BAD MEDICINE. |
| PA0001908374 | LONGMIRE (SERIES) THE WHITE WARRIOR. |
| PA0001908376 | LONGMIRE, OF CHILDREN AND TRAVELERS. |
| PA0001914088 | LONGMIRE, MISS CHEYENNE. |
| PA0001914086 | LONGMIRE, IN THE PINES. |
| PA0001916994 | LONGMIRE : 305, WANTED MAN. |
| PA0001916995 | LONGMIRE : 306, REPORTS OF MY DEATH. |
| PA0001922613 | LONGMIRE : 2M6607, POPULATION 25. |
| PA0001922615 | LONGMIRE : 2M6608, HARVEST. |
| PA0001922620 | LONGMIRE : 2M6609, COUNTING COUP. |
| PA0001922621 | LONGMIRE : 2M6610, ASHES TO ASHES. |
| PA0001976957 | LONGMIRE (SERIES) DOWN BY THE RIVER |
| PA0001976959 | LONGMIRE (SERIES) WAR EAGLE |
| PA0001976947 | LONGMIRE, HIGH NOON. |
| PA0001976950 | LONGMIRE, FOUR ARROWS. |

| | |
|---|---|
| PA0001976958 | LONGMIRE, HELP WANTED. |
| PA0001976948 | LONGMIRE (SERIES) THE CALLING BACK. |
| PA0001976952 | LONGMIRE, HIGHWAY ROBBERY. |
| PA0001976945 | LONGMIRE, HECTOR LIVES. |
| PA0001976955 | LONGMIRE (SERIES) SHOTGUN. |
| PA0001976953 | LONGMIRE (SERIES) WHAT HAPPENS ON THE REZ... |
| PA0002011094 | LONGMIRE : 2M7151, A FOG THAT WON'T LIFT. |
| PA0002011086 | LONGMIRE : 2M7152, ONE GOOD MEMORY. |
| PA0002011083 | LONGMIRE : 2M7153, CHRYSALIS. |
| PA0002011093 | LONGMIRE : 2M7154, THE JUDAS WOLF. |
| PA0002011080 | LONGMIRE : 2M7155, PURE PECKINPAH. |
| PA0002011092 | LONGMIRE : 2M7156, OBJECTION. |
| PA0002011084 | LONGMIRE : 2M7157, FROM THIS DAY FORWARD. |
| PA0002011085 | LONGMIRE : 2M7158, STAND YOUR GROUND. |
| PA0002011087 | LONGMIRE : 2M7159, CONTINUAL SOIREE. |
| PA0002011081 | LONGMIRE : 2M7160, THE STUFF DREAMS ARE MADE OF. |
| PA0002071812 | LONGMIRE : 601, THE EAGLE AND THE OSPREY. |
| PA0002071814 | LONGMIRE : 602, FEVER. |
| PA0002071817 | LONGMIRE : 603, THANK YOU, VICTORIA. |
| PA0002071820 | LONGMIRE : 604, A THING I'LL NEVER UNDERSTAND. |
| PA0002071821 | LONGMIRE : 605, BURNED UP MY TEARS. |
| PA0002071823 | LONGMIRE : 606, NO GREATER CHARACTER ENDORSEMENT. |
| PA0002071824 | LONGMIRE : 607, OPIATES AND ANTIBIOTICS. |
| PA0002071825 | LONGMIRE : 608, COWBOY BILL. |
| PA0002071826 | LONGMIRE : 609, RUNNING EAGLE CHALLENGE. |
| PA0002071827 | LONGMIRE : 610, GOODBYE IS ALWAYS IMPLIED. |